# U.S. District Court
# District of New Mexico - Version 6.2.2 (Las Cruces)
## CRIMINAL DOCKET FOR CASE #: 2:17-cr-02671-KG-1

Case title: USA v. Webb  
Magistrate judge case number: 2:17-mj-01788-GJF

Date Filed: 09/29/2017

Assigned to: District Judge Kenneth J. Gonzales

**Defendant (1)**

| | |
|---|---|
| **Cassandra Webb** | represented by **Russell Dean Clark**<br>P.O. Box 576<br>755 S Telshor Bldg R Ste 202<br>Las Cruces, NM 88004<br>575-526-9000<br>Fax: 575-526-9800<br>Email: russelldeanclark@gmail.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| 18:2113(a):BANK ROBBERY and 18:2:AIDING AND ABETTING (1) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:2113 Bank Robbery | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Marisa A Ong** <br> U.S. Attorney's Office <br> 200 N. Church Street <br> Las Cruces, NM 88001 <br> 575-323-5262 <br> Fax: 575-522-2391 <br> Email: marisa.a.ong@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Retained* |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/13/2017 | | Arrest of Cassandra Webb. (kls) [2:17-mj-01788-GJF] (Entered: 07/14/2017) |
| 07/14/2017 | | Set/Reset Hearings as to Cassandra Webb: Initial Appearance set for 7/14/2017 at 08:30 AM in Las Cruces - 340 Sierra Blanca Courtroom (North Tower) before Magistrate Judge Gregory B. Wormuth. (kls) [2:17-mj-01788-GJF] (Entered: 07/14/2017) |
| 07/14/2017 | 1 | COMPLAINT as to Cassandra Webb. (vh*) [2:17-mj-01788-GJF] (Entered: 07/14/2017) |
| 07/14/2017 | | Attorney update in case as to Cassandra Webb. Attorney Marisa A Ong for USA added. (vh*) [2:17-mj-01788-GJF] (Entered: 07/14/2017) |
| 07/14/2017 | 2 | **Clerk's Minutes of Initial Presentment hearing** held before Magistrate Judge Gregory B. Wormuth: Initial Appearance as to Cassandra Webb held on 7/14/2017. Defendant advised of rights/penalties. Attorney to be appointed. USMS directed to address defendant's medical concern. Appearances: AUSA Kathleen Robeson; AFPD: Nia Rucker, FPD Standing In; Recorded: Liberty-Sierra Blanca. Rights: 8:59 AM - 9:06 AM. Time In Session: 9:37 AM - 9:40 AM. <br> **NOTICE OF HEARING:** **Preliminary/Detention Hearing is hereby set before Judge Sweazea, Kevin R. for 7/19/2017, at 09:35 AM in Las Cruces - 340 Sierra Blanca Courtroom (North Tower), U.S. District Courthouse, 100 N. Church St., Las Cruces, New Mexico.** THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.(vh*) [2:17-mj-01788-GJF] (Entered: 07/14/2017) |
| 07/14/2017 | 3 | CJA 20: Appointment of Attorney Russell Dean Clark for Cassandra Webb by Magistrate Judge Gregory B. Wormuth (rh*) <br> [THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] [2:17-mj-01788-GJF] (Entered: 07/17/2017) |
| 07/19/2017 | 5 | Clerk's Minutes for proceedings held before Magistrate Judge Kevin R. Sweazea: Preliminary/Detention Hearing as to Cassandra Webb held on 7/19/2017 (Recording Info: LCR:Sierra Blanca) (arn) [2:17-mj-01788-GJF] (Entered: 07/19/2017) |

| | | |
|---|---|---|
| 07/19/2017 | 6 | WAIVER of Preliminary Hearing/Grand Jury Presentment within 75 days for a total of 105 days pursuant to 18:3161 by Cassandra Webb (arn) [2:17-mj-01788-GJF] (Entered: 07/19/2017) |
| 07/19/2017 | 7 | ORDER TO CONTINUE - Ends of Justice as to Cassandra Webb by Magistrate Judge Kevin R. Sweazea (arn) [2:17-mj-01788-GJF] (Entered: 07/19/2017) |
| 07/19/2017 | 8 | NOTICE OF HEARING as to Cassandra Webb: Detention Hearing set for 7/21/2017 at 09:35 AM in Las Cruces - 340 Sierra Blanca Courtroom (North Tower) before Magistrate Judge Kevin R. Sweazea. (vrr) [THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] [2:17-mj-01788-GJF] (Entered: 07/19/2017) |
| 07/21/2017 | 9 | Clerk's Minutes for proceedings held before Magistrate Judge Gregory J. Fouratt: Detention Hearing as to Cassandra Webb held on 7/21/2017 (Recording Info: LCR Sierra Blanca) (vh) [2:17-mj-01788-GJF] (Entered: 07/21/2017) |
| 07/21/2017 | 10 | ORDER OF DETENTION as to Cassandra Webb by Magistrate Judge Gregory J. Fouratt (vh) [2:17-mj-01788-GJF] (Entered: 07/21/2017) |
| 09/07/2017 | 11 | PLEASE TAKE NOTICE that this case has been reassigned to Magistrate Judge Gregory J. Fouratt.<br><br>The first page of each document must have the case file number and initials of the assigned judge. *Accordingly, further documents filed in this matter must bear the case number and the judge's initials shown in the case caption and the NEF for this document.* **Kindly reflect this change in your filings.**<br><br>Magistrate Judge Gregory B. Wormuth no longer assigned to this case. [THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (kls) [2:17-mj-01788-GJF] (Entered: 09/07/2017) |
| 09/07/2017 | 12 | NOTICE OF HEARING as to Cassandra Webb: Change of Plea Hearing set for 9/29/2017 at 01:33 PM in Las Cruces - 340 Sierra Blanca Courtroom (North Tower) before Magistrate Judge Gregory J. Fouratt. (sju) [THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] [2:17-mj-01788-GJF] (Entered: 09/07/2017) |
| 09/29/2017 | 13 | INFORMATION as to Cassandra Webb (1) count(s) 1. (arn) (Entered: 10/02/2017) |
| 09/29/2017 | 14 | CONSENT TO PLEA BEFORE US MAGISTRATE JUDGE by Cassandra Webb (arn) (Entered: 10/02/2017) |
| 09/29/2017 | 15 | WAIVER OF INDICTMENT by Cassandra Webb (arn) (Entered: 10/02/2017) |
| 09/29/2017 | 16 | PLEA AGREEMENT as to Cassandra Webb (arn) (Entered: 10/02/2017) |
| 09/29/2017 | 17 | Clerk's Minutes for proceedings held before Magistrate Judge Gregory J. Fouratt: Plea Hearing as to Cassandra Webb held on 9/29/2017, Plea entered by Cassandra Webb (1) Guilty Count 1. (Recording Info: LCR Sierra Blanca) (bc) (Entered: 10/02/2017) |

| | | |
|---|---|---|
| 01/10/2018 | 18 | First MOTION for Reconsideration *Conditions of Release* by Cassandra Webb. (Attachments: # 1 Exhibit A)(Clark, Russell) Modified on 3/15/2018 (sju). (Entered: 01/10/2018) |
| 01/23/2018 | 19 | RESPONSE to Motion by USA as to Cassandra Webb re 18 First MOTION for Reconsideration *Conditions of Release* (Ong, Marisa) (Entered: 01/23/2018) |
| 01/26/2018 | 20 | NOTICE OF HEARING ON MOTION in case as to Cassandra Webb 18 First MOTION for Reconsideration *Conditions of Release* : Motion Hearing set for 2/5/2018 at 01:30 PM in Las Cruces - 340 Sierra Blanca Courtroom (North Tower) before Magistrate Judge Gregory J. Fouratt. (sju)<br>[THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 01/26/2018) |
| 02/05/2018 | 21 | Clerk's Minutes for proceedings held before Magistrate Judge Gregory J. Fouratt: Motion Hearing as to Cassandra Webb held on 2/5/2018 re 18 First MOTION for Reconsideration *Conditions of Release* filed by Cassandra Webb; Court releases Defendant on a 5k unsecured bond (Recording Info: LCR - Sierra Blanca) (jn) (Entered: 02/07/2018) |
| 02/07/2018 | 22 | ORDER Setting Conditions of Release by Magistrate Judge Gregory J. Fouratt as to Cassandra Webb (jn) (Entered: 02/08/2018) |
| 02/07/2018 | 23 | APPEARANCE Bond Entered as to Cassandra Webb (jn) (Entered: 02/08/2018) |
| 10/30/2018 | 29 | PLEASE TAKE NOTICE that this case has been reassigned to Chief District Judge William P. Johnson. Please direct all inquiries to JoAnn Standridge at JoAnn_Standridge@nmd.uscourts.gov<br><br>The first page of each document must have the case file number and initials of the assigned judge. ***Accordingly, further documents filed in this matter must bear the case number and the judge's initials shown in the case caption and the NEF for this document.*** **Kindly reflect this change in your filings.**<br><br>Judge LC Visiting no longer assigned to this case.<br>[THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (js) (Entered: 10/30/2018) |
| 10/30/2018 | 30 | NOTICE OF HEARING as to Cassandra Webb: Sentencing set for 11/15/2018 at 09:00 AM in Las Cruces - 320 Tortugas Courtroom (North Tower) before Chief District Judge William P. Johnson. Please direct all inquiries to JoAnn Standridge at JoAnn_Standridge@nmd.uscourts.gov (js)<br>[THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 10/30/2018) |
| 10/30/2018 | | Terminate Deadlines and Hearings as to Cassandra Webb: VACATE Sentencing set for 11/15/2018 at 09:00 AM in Las Cruces - 320 Tortugas Courtroom (North Tower) before Chief District Judge William P. Johnson. (js) (Entered: 10/30/2018) |
| 10/30/2018 | 31 | PLEASE TAKE NOTICE that this case has been reassigned to Judge LC Visiting. Sentencing set for 11/15/2018 at 09:00 AM in Las Cruces - 320 Tortugas Courtroom (North Tower) before Chief District Judge William P. Johnson.<br><br>The first page of each document must have the case file number and initials of the assigned judge. ***Accordingly, further documents filed in this matter must bear the case*** |

| | | |
|---|---|---|
| | | number and the judge's initials shown in the case caption and the NEF for this document. **Kindly reflect this change in your filings.**<br><br>Chief District Judge William P. Johnson no longer assigned to this case.<br>[THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (js) (Entered: 10/30/2018) |
| 03/14/2019 | 34 | PLEASE TAKE NOTICE that this case has been reassigned to District Judge Kenneth J. Gonzales. Please direct all inquiries to Christiana Eubanks at Christiana_Eubanks@nmd.uscourts.gov<br><br>The first page of each document must have the case file number and initials of the assigned judge. *Accordingly, further documents filed in this matter must bear the case number and the judge's initials shown in the case caption and the NEF for this document.* **Kindly reflect this change in your filings.**<br><br>Judge LC Visiting no longer assigned to this case.<br>[THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (js) (Entered: 03/14/2019) |
| 06/20/2019 | [37](#) | Second MOTION to Modify Conditions of Release by Cassandra Webb. (Clark, Russell) (Entered: 06/20/2019) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 08/26/2019 06:14:26 | | | |
| **PACER Login:** | ud1808:4270461:4267454 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:17-cr-02671-KG |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |